Sigmund S. Wissner-Gross
Kenneth J. Aulet
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 11106
Telephone: (212) 209-4800

Stephen A. Best (*pro has vice* pending)
Rachel O. Wolkinson (*pro hac vice* pending)
**BROWN RUDNICK LLP**
601 Thirteenth Street NW Suite 600
Washington, D.C. 20005
Tel: 202-536-1700

*Counsel to Mark Cuban and Dallas Basketball
Limited, d/b/a Dallas Mavericks*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>VOYAGER DIGITAL HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10943 (MEW)<br>(Jointly Administered) |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PIERCE ROBERTSON, *et al.*,<br><br>Defendants. | Adv. Pro. No. 22-01138 (MEW) |

**JOINDER OF MARK CUBAN AND THE DALLAS BASKETBALL LIMITED D/B/A/
DALLAS MAVERICKS IN THE DEBTORS' MOTION TO EXTEND THE
AUTOMATIC STAY OR, IN THE ALTERNATIVE, FOR INJUNCTIVE RELIEF
ENJOINING PROSECUTION OF CERTAIN PENDING LITIGATION**

Brown Rudnick LLP, on behalf of Mark Cuban and Dallas Basketball Limited d/b/a Dallas

Mavericks (the "**Dallas Mavericks**"), hereby submits this joinder ("**Joinder**") to the Debtors'

Motion to Extend the Automatic Stay or, in the Alternative, for Injunctive Relief Enjoining Prosecution of Certain Pending Litigation ("**Motion**"), dated August 22, 2022 (Dkt. No. 2), filed by Kirkland & Ellis LLP on behalf of the Debtors and Debtors in Possession.

### JOINDER

Mark Cuban and the Dallas Mavericks, along with Stephen Ehrlich, the Debtors' CEO and co-founder, have been named as defendants in the *Robertson* suit (as defined in the Motion).  Mark Cuban and the Dallas Mavericks hereby join the Motion, and for the reasons stated in the Motion, Mark Cuban and the Dallas Mavericks respectfully request that the Court extend the automatic stay to *Robertson,* grant the Motion, and enter the proposed order that was filed with the Motion. This Joinder is without prejudice to all of Mr. Cuban's and Dallas Basketball Limited's rights and defenses with respect to the *Robertson* action, which are expressly reserved.

Mark Cuban and the Dallas Mavericks reserve the right to supplement this Joinder and to appear and be heard at any hearing to consider approval of the Motion.

Dated: August 26, 2022
New York, New York

Respectfully submitted,
*/s/ Sigmund S. Wissner-Gross*
Sigmund S. Wissner-Gross
Kenneth J. Aulet
**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
Tel: 212-209-4800
swissner-gross@brownrudnick.com
kaulet@brownrudnick.com

Stephen A. Best (*pro hac vice* pending)
Rachel O. Wolkinson (*pro hac vice* pending)
**BROWN RUDNICK LLP**
601 Thirteenth Street NW Suite 600
Washington, D.C. 20005
Tel: 202-536-1700

sbest@brownrudnick.com
rwolkinson@brownrudnick.com

*Counsel to Mark Cuban and Dallas
Basketball Limited, d/b/a Dallas Mavericks*