**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re : Chapter 11
:
VOYAGER DIGITAL HOLDINGS, INC., *et al.*, : Case No. 22-10943 (MEW)
:
: (Jointly Administered)
Debtors. :
---------------------------------------------------------------x
:
VOYAGER DIGITAL HOLDINGS, INC., *et al.*, :
:
:
Plaintiffs, : Adv. Proc. No. 22-01138 (MEW)
:
PIERCE ROBERTSON, *et al.*, :
:
Defendants. :
---------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

    I, Adam M. Moskowitz, hereby request admission *pro hac vice* in the above-captioned adversary proceeding (the "Adversary Proceeding") to represent defendants Rachel Gold, Sanford Gold, Rahil Sayed, Christopher Ehrentraut, Todd Manganiello, Dan Newsom, William Ayer, Anthony Dorn, Dameco Gates, Marshall Peters, and Edwin Garrison in the Adversary Proceeding. I represent that I am a member in good standing of the bar of the State of Florida and am admitted to practice before the United States District Courts for the Southern and Middle Districts of Florida, the Third, Ninth and Eleventh Circuits Court of Appeals. I have submitted the filing fee of $200.00 with this *pro hac vice* motion for admission.

Dated: September 28, 2022      THE MOSKOWITZ LAW FIRM
       Coral Gables, Florida

                                      Adam M. Moskowitz, Esq.
                                      2 Alhambra Plaza, Suite 601
                                      Coral Gables, FL 33134-5269
                                      Telephone: (305) 740-1423
                                      Email: adam@moskowitz-law.com

                                      *Counsel to Defendants Rachel Gold, Sanford Gold, Rahil Sayed, Christopher Ehrentraut, Todd Manganiello, Dan Newsom, William Ayer, Anthony Dorn, Dameco Gates, Marshall Peters, and Edwin Garrison*

DOCS_LA:345353.2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                             :      Chapter 11
:
VOYAGER DIGITAL HOLDINGS, INC., *et al*.,         :      Case No. 22-10943 (MEW)
:
:      (Jointly Administered)
Debtors.                   :
---------------------------------------------------------------x
:
VOYAGER DIGITAL HOLDINGS, INC., *et al*.,         :
:
Plaintiffs,             :      Adv. Proc. No. 22-01138 (MEW)
:
PIERCE ROBERTSON, *et al*.,                       :
:
Defendants.             :
---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Adam M. Moskowitz, to be admitted *pro hac vice* to represent defendants Rachel Gold, Sanford Gold, Rahil Sayed, Christopher Ehrentraut, Todd Manganiello, Dan Newsom, William Ayer, Anthony Dorn, Dameco Gates, Marshall Peters, and Edwin Garrison in the above-captioned adversary proceeding (the "Adversary Proceeding"), and upon the movant's certification that the movant is a member in good standing of the bar of the State of Florida, it is hereby:

**ORDERED** that Adam M. Moskowitz is admitted to practice *pro hac vice* to represent defendants Rachel Gold, Sanford Gold, Rahil Sayed, Christopher Ehrentraut, Todd Manganiello, Dan Newsom, William Ayer, Anthony Dorn, Dameco Gates, Marshall Peters, and Edwin Garrison in the Adversary Proceeding pending in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: September __, 2022
       New York, New York

                                                  _____
                                                  HONORABLE MICHAEL E. WILES
                                                  UNITED STATES BANKRUPTCY JUDGE