Richard M. Pachulski (admitted *pro hac vice*)
Alan J. Kornfeld
Debra I. Grassgreen (admitted *pro hac vice*)
Jason H. Rosell
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Telephone:  (310) 277-6910
Email:    rpachulski@pszjlaw.com
          akornfeld@pszjlaw.com
          dgrassgreen@pszjlaw.com
          jrosell@pszjlaw.com

*Counsel to Defendant Pierce Robertson*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | : | Case No. 22-10943 (MEW) |
| | : | (Jointly Administered) |
| Debtors. | : | |

---

| | | |
|---|---|---|
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | : | |
| Plaintiffs, | : | Adv. Proc. No. 22-01138 (MEW) |
| PIERCE ROBERTSON, *et al.*, | : | |
| Defendants. | : | |

---

**CERTIFICATE OF SERVICE**

DOCS_LA:345483.1

Adv. Proc. 22-01138-mew

|   |   |
|---|---|
| STATE OF CALIFORNIA | ) |
|  | ) |
| CITY OF SAN FRANCISCO | ) |

I, Patricia Jeffries, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Market Plaza, Spear Tower, 40th Floor, San Francisco, CA 94120-1020.

On September 21, 2022, I caused to be served the below documents via First Class Mail on the parties identified on the list attached hereto as **Exhibit A**:

- *Objection of Defendants to Debtors' Motion to Extend the Automatic Stay or, in the Alternative, for Injunctive Relief Enjoining Prosecution of Certain Pending Litigation* [Adv. Dkt. No. 18].

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on October 3, 2022, at San Francisco, California.

*/s/ Patricia Jeffries*
Patricia Jeffries

Adv. Proc. 22-01138-mew

# EXHIBIT A

### (Service by U.S. First Class Mail)

| Voyager Digital Holdings, Inc.<br>Attention: Stephen Ehrlich and David Brosgol<br>33 Irving Place, Suite 3060<br>New York, NY 10003 | Kirkland & Ellis LLP<br>Attention: Joshua A. Sussberg; Christopher Marcus;<br>Christine A. Okike; Allyson B. Smith<br>601 Lexington Avenue<br>New York, NY 10022 | McDermott Will & Emery LLP<br>Attention: Darren Azman; Joseph B. Evans;<br>Grayson Williams; Gregg Steinman<br>One Vanderbilt Avenue<br>New York, NY 10017-3852 |
|---|---|---|
| Office of the United States Trustee for the Southern District of New York<br>U.S. Federal Office Building<br>Attention: Richard Morrissey; Mark Bruh<br>201 Varick Street, Room 1006<br>New York, NY 10014 | Chambers of the Honorable Michael E. Wiles<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 | |

DOCS_LA:345483.1