**MCDERMOTT WILL & EMERY LLP**
Darren Azman
Joseph B. Evans
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

**MCDERMOTT WILL & EMERY LLP**
Charles R. Gibbs (admitted *pro hac vice*)
Grayson Williams (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098

*Counsel to the Official Committee of*
*Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | Case No. 22-10943 (MEW) |
| Debtors. | (Jointly Administered) |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*, | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 22-01138 (MEW) |
| PIERCE ROBERTSON, *et al.*, | |
| Defendants. | |

**CERTIFICATE OF NO OBJECTION REGARDING**
**MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**PURSUANT TO FEDERAL RULE 24 AND BANKRUPTCY RULE 7024**
**TO INTERVENE IN ADVERSARY PROCEEDING**

Pursuant to 28 U.S.C. § 1746, Rule 9075-2 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules"), and in accordance with the

*Amended Notice of Motion of the Official Committee of Unsecured Creditors Pursuant to Federal Rule 24 and Bankruptcy Rule 7024 to Intervene in Adversary Proceeding* [Docket No. 11] (the "Notice"), the undersigned counsel for the Official Committee of Unsecured Creditors of Voyager Digital Holdings, Inc., *et al.* (the "Committee") in the above-captioned chapter 11 cases hereby certifies as follows:

1. On August 26, 2022, the Committee filed the *Motion of the Official Committee of Unsecured Creditors Pursuant to Federal Rule 24 and Bankruptcy Rule 7024 to Intervene in Adversary Proceeding* [Docket No. 9] (the "Motion").

2. The Notice and Motion were served by undersigned counsel to the Committee as reflected in the certificates of service attached to and filed with the Notice and Motion.

3. Pursuant to the Notice, the deadline for parties to object or file responses to the Motion was October 11, 2022 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

4. Local Rule 9075-2 provides that the Motion may be granted without a hearing if (a) no objections or other responsive pleadings have been filed on or before the applicable objection deadline and (b) the entity that filed the Motion complies with such rule.

5. As of the filing of this certificate, more than forty-eight (48) hours have elapsed since the Objection Deadline, and the undersigned counsel hereby certifies that as of the date hereof, no objection or other response to the Motion has been filed or served pursuant to the Notice.

6. Accordingly, the undersigned counsel requests entry of the proposed order attached hereto as **Exhibit A** (the "Proposed Order") at the Court's earliest convenience.

7. If not entered prior to the hearing, the Committee will seek entry of the proposed order at the telephonic-only hearing scheduled for 2:00 p.m., prevailing Eastern Time, on

2

October 19, 2022, before the Honorable Michael E. Wiles, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York.

Dated: New York, New York
October 14, 2022

**MCDERMOTT WILL & EMERY LLP**

*/s/ Darren Azman*
Darren Azman
Joseph B. Evans
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
E-mail: dazman@mwe.com
E-mail: jbevans@mwe.com

and

Charles R. Gibbs (admitted *pro hac vice*)
Grayson Williams (admitted *pro hac vice*)
2501 North Harwood Street, Suite 1900
Dallas, TX 75201
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
E-mail: crgibbs@mwe.com
E-mail: gwilliams@mwe.com

and

Gregg Steinman (admitted *pro hac vice*)
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131-2184
Telephone: (305) 329-4473
Facsimile: (305) 503-8805
E-mail: gsteinman@mwe.com

*Counsel to the Official Committee of Unsecured Creditors*

# CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2022, I caused a true and correct copy of the foregoing *Certificate of No Objection Regarding Motion of the Official Committee of Unsecured Creditors Pursuant to Federal Rule 24 and Bankruptcy Rule 7024 to Intervene in Adversary Proceeding* to be served on the parties below by ECF and e-mail as indicated below.

                                                    */s/ Darren Azman*
                                                         Darren Azman

| | |
|---|---|
| Joshua Sussberg, P.C.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>E-mail: jsussberg@kirkland.com<br><br>*Counsel for Plaintiff Debtors and Debtors in Possession*<br><br>**VIA ECF** | Adam M. Moskowitz<br>Joseph M. Kaye<br>Barbara C. Lewis<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, Florida 33134<br>E-mail: adam@moskowitz-law.com<br>          joseph@moskowitz-law.com<br>          barbara@moskowitz-law.com<br><br>*Counsel for Defendant Pierce Robertson*<br><br>**VIA E-MAIL** |
| Sigmund S. Wissner-Gross<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, New York 10036<br>E-mail: swissner-gross@brownrudnick.com<br><br>*Counsel to Mark Cuban and Dallas Basketball Limited, d/b/a Dallas Mavericks*<br><br>**VIA ECF** | Jason H. Rosell<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard, 13th Floor<br>Los Angeles, California 90067<br>E-mail: jrosell@pszjlaw.com<br><br>*Counsel for Defendant Pierce Robertson*<br><br>**VIA ECF** |
| Richard M. Pachulski<br>Alan J. Kornfeld<br>Debra I. Grassgreen<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard, 13th Floor<br>Los Angeles, California 90067<br>E-mail: rpachulski@pszjlaw.com<br>          akornfeld@pszjlaw.com<br>          dgrassgreen@pszjlaw.com<br><br>*Counsel for Defendant Pierce Robertson*<br><br>**VIA E-MAIL** | |